No. 143, Misc. BULLOCK v. WARDEN, WESTFIELD STATE FARM FOR WOMEN. C. A. 2d Cir. Certiorari denied. *William E. Hellerstein* and *Leon B. Polsky* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Murray Sylvester,* Assistant Attorney General, for respondent.

No. 352, Misc. GREEN v. FITZHARRIS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *George R. Nock,* Deputy Attorney General, for respondent.

No. 372, Misc. VANN v. MANCUSI, WARDEN. Ct. App. N. Y. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Calvin M. Berger,* Assistant Attorney General, for respondent.

No. 384, Misc. JAQUISH v. FIELD, MEN'S COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jerold A. Krieger,* Deputy Attorney General, for respondent.

No. 402, Misc. PACHECO v. HOCKER, WARDEN. C. A. 9th Cir. Certiorari denied. *Harvey Dickerson,* Attorney General of Nevada, for respondent.

No. 423, Misc. SULLIVAN v. EYMAN, WARDEN, ET AL. Sup. Ct. Ariz. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondents.